IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                     No. 4:13CR00097-02 JLH

RONDA GILLUM

## ORDER

The motion of the United States of America to dismiss the indictment against Ronda Gillum is GRANTED. Document #31. The indictment now pending against Ronda Gillum is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE